Dismissed and Memorandum Opinion filed July 12, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00431-CR

____________

 

DAVID DELEON HUTCH, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 263rd District Court


Harris County, Texas

Trial Court Cause No. 1305566

 



 

MEMORANDUM
 OPINION

Appellant entered a guilty plea to aggravated assault with a
deadly weapon.  In accordance with the terms of a plea bargain agreement with
the State, the trial court sentenced appellant on May 10, 2011, to confinement
for three years in the Institutional Division of the Texas Department of
Criminal Justice.  Appellant filed a notice of appeal.  We dismiss the appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Justices Frost,
Jamison, and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b)